Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

LARY FEEZOR,
Plaintiff,

vs

COASTLINE FOOD SERVICES CORP. dba WENDY'S #18; ALCOTT ESTATES, LP,
Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0034 W RBB

FILED
JAN - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane, Chico, CA 95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JAN - 4 2008

W. Samuel Hamrick, Jr.

CLERK

DATE

P. DELA CRUZ

By , Deputy Clerk