Julie A. Vogelzang, State Bar No. 174411
Email:jvogelzang@luce.com
Lisa K. Widdecke, State Bar No. 213250
Email:lwiddecke@luce.com
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for COASTLINE FOOD SERVICES CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>Plaintiff,<br><br>v.<br><br>COASTLINE FOOD SERVICES CORP. dba WENDY'S #18; ALCOTT ESTATES, LP,,<br><br>Defendant. | Case No. 08 CV 0034 W RBB<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: January 4, 2008<br>Trial Date: None Set |

I declare as follows:

I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am a member of the bar of this court, over the age of eighteen years and not a party to this action.

On February 11, 2008, I caused the following to be served:

**ANSWER TO COMPLAINT**

/ / /

/ / /

/ / /

**Electronic Mail Notice List**

The following is currently on the list to receive e-mail notices for this case.

Lynn Hubbard, III, Esq.
Scottlynn J. Hubbard, IV, Esq.
Law Offices of Lynn Hubbard
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
**Email: usdcso@hubslaw.com**

**Manual Notice List**

The following is the list of persons who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

No manual notifications listed for recipients.

I declare that I am employed in the office at whose direction the service was made.

Executed at San Diego, California on February 11, 2008.

DATED: February 11, 2008 LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/ Lisa K. Widdecke
Julie A. Vogelzang
Lisa K. Widdecke
Attorneys for Defendant Coastline Food Services Corporation

101071984.1