| *Attorney or Party without Attorney:* Law Offices Of: LYNN HUBBARD III, 12 WILLIAMSBURG LANE, Chico, CA 95926 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Telephone No:* 530 895-3252   *FAX No:* 530 894-8244 | | | | |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:* FEEZOR v. WENDY'S (SANTES) | | |
| *Insert name of Court, and Judicial District and Branch Court:* United States District Court Southern District Of California | | | | |
| *Plaintiff:* LARY FEEZOR | | | | |
| *Defendant:* COASTLINE FOOD SERVICES CORP, dba WENDY'S #18 | | | | |
| **PROOF OF SERVICE SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 08 CV 0034 W RBB |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT

3. *a. Party served:* COASTLINE FOOD SERVICES CORP, dba WENDY'S #18
   *b. Person served:* BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. *Address where the party was served:* CSC-LAWYERS INCORPORATING SERVICE
   2730 Gateway Oaks Drive
   Suite 100
   Sacramento, CA 95833

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jan. 22, 2008 (2) at: 2:40PM

7. ***Person Who Served Papers:***
   a. Jim Wardlow
   **b. ALL PRO ATTORNEY SERVICES**
   2410 FAIR OAKS BOULEVARD
   SUITE 125
   Sacramento, CA 95825
   c. (916) 974-7421, FAX (916) 974-7442

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. ***The Fee** for Service was:* $33.00
   e. I am: (3) registered California process server
   *(i)* Owner
   *(ii) Registration No.:* 87-010
   *(iii) County:* Sacramento

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

Date: Wed, Jan. 23, 2008

(Jim Wardlow)