**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FEEZOR v. COASTLINE Case No. 08cv0034 W(RBB)
**Time Spent: _**

HON. RUBEN B. BROOKS CT. DEPUTY VICKY LEE Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| | |

PROCEEDINGS: ____ In Chambers ____ In Court ____ Telephonic

The early neutral evaluation conference on March 13, 2008, at 2:00 p.m. is vacated. This case has settled.

A settlement disposition conference will be held on April 15, 2008, at 8:00 a.m., in the chambers of Magistrate Judge Brooks **UNLESS AN ORDER GRANTING A JOINT MOTION TO DISMISS THE CASE HAS BEEN ENTERED PRIOR TO THE SCHEDULED SETTLEMENT DISPOSITION CONFERENCE. IN ALL CASES WHERE ELECTRONIC FILING IS REQUIRED, THE PARTIES SHALL ELECTRONICALLY FILE A JOINT MOTION TO DISMISS THIS CASE BY April 8, 2008. IN ADDITION, THE PARTIES SHALL E-MAIL A PROPOSED ORDER GRANTING THE JOINT MOTION TO JUDGE BROOKS'S OFFICIAL E-MAIL ADDRESS (efile_brooks@casd.uscourts.gov) PREFERABLY IN WORDPERFECT FORMAT, WITH A COPY OF THE E-MAIL AND PROPOSED ORDER BEING SENT TO OPPOSING COUNSEL.**

**IN CASES INVOLVING PRO SE LITIGANTS OR WHERE ELECTRONIC FILING IS NOT REQUIRED, THE ORIGINAL AND COPIES OF A SIGNED JOINT MOTION TO DISMISS THIS CASE AND PROPOSED ORDER GRANTING THE JOINT MOTION SHALL BE HAND-DELIVERED OR MAILED TO MARCIA GARCIA, LEGAL ASSISTANT, CHAMBERS OF MAGISTRATE JUDGE BROOKS, 940 FRONT STREET, RM. 1185, SAN DIEGO, CA, 92101, PRIOR TO April 8, 2008. IF THE JOINT MOTION AND PROPOSED ORDER HAVE NOT BEEN SUBMITTED, A SETTLEMENT DISPOSITION CONFERENCE WILL BE HELD ON April 15, 2008, at 8:00 a.m. IN THE CHAMBERS OF MAGISTRATE JUDGE BROOKS.**

The joint motion for dismissal will be reviewed by Magistrate Judge Brooks and then forwarded to the district judge. If a joint motion cannot be submitted on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Brooks at least one court day before the date indicated above to explain why the joint motion was not submitted.

**If the parties wish to consent to continuing magistrate judge jurisdiction, a consent form signed by the parties and counsel shall accompany the joint motion to dismiss. Consent forms are available in the Clerk's office or on-line.**

**Monetary sanctions may be imposed for failure to comply with this order.**

DATE: March 6, 2008 IT IS SO ORDERED: Ruben Brooks

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Whelan
All Parties of Record

INITIALS: VL (mg/irc) Deputy