LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff
Lary Feezor

LISA WIDDECKE, SBN 213250
LUCE FORWARD HAMILTON & SCRIPPS, LLP
600 West Broadway, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-1414
Fax: (619) 232-8311

Attorney for Defendant
Coastline Food Services Corp.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LARY FEEZOR,

Plaintiff,

v.

COASTLINE FOOD SERVICES CORP. dba WENDY'S 023, et al.,

Defendants.
_____________________________________/

Case No. 08cv0034 W (RBB)

**JOINT MOTION FOR DISMISSAL**

PURSUANT TO A SETTLEMENT AGREEMENT AND RELEASE, it is hereby jointly requested, by plaintiff, LARY FEEZOR, and defendant, COASTLINE FOOD SERVICES CORP. dba WENDY'S #18, that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41, with each party to bear his/her/its own attorneys' fees and costs.

The dismissal with prejudice shall dismiss the action in its entirety.

Dated: April 7, 2008

DISABLED ADVOCACY GROUP, APLC

/s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff Lary Feezor

Dated: April 4, 2008

LUCE FORWARD HAMILTON & SCRIPPS, LLP

/s/ Lisa Widdecke
LISA WIDDECKE
Attorney for Defendant Coastline Food Services Corp. dba Wendy's #18