**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FEEZOR v. COASTLINE — Case No. 08cv0034 W(RBB)

**Time Spent:** _

HON. RUBEN B. BROOKS — CT. DEPUTY VICKY LEE — Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| | |
| | |

PROCEEDINGS: ____ In Chambers ____ In Court ____ Telephonic

The settlement disposition conference on April 15, 2008, at 8:00 a.m. is vacated.

The joint motion for dismissal was filed on April 7, 2008.

DATE: April 7, 2008

IT IS SO ORDERED: [signature]

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Whelan
All Parties of Record

INITIALS: VL (mg/irc) Deputy