FILED
08 APR -8 PM 3:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

LARY FEEZOR,

Plaintiff,

vs.

COASTLINE FOOD SERVICES CORP. d.b.a. WENDY's 23, et. al.,

Defendants.

CASE NO. 08-CV-0034 W (RBB)

**ORDER GRANTING JOINT DISMISSAL WITH PREJUDICE (Doc. No. 8.)**

On April 7, 2008, pursuant to a settlement agreement and release, the parties filed a joint motion to dismiss this case with prejudice under Federal Rule of Civil Procedure 41. (*Jt. Mot.* 1.) Good cause appearing, the Court **GRANTS** the parties' motion and **DISMISSES** this action **WITH PREJUDICE.** (Doc. No. 8.) Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATE: April 7, 2008

**HON. THOMAS J. WHELAN**
United States District Court
Southern District of California